IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN GILES            : | |
| :                          | |
| Plaintiff,             : | |
| :                          | |
| v.                         : | CIVIL ACTION NO. |
| :                          | 1:13-CV-02992-RWS |
| SUNTRUST MORTGAGE, INC.,   : | |
| NATIONSTAR MORTGAGE,       : | |
| LLC, and MORTGAGE          : | |
| ELECTRONIC REGISTRATION    : | |
| SYSTEMS, INC.,             : | |
| :                          | |
| Defendants.            : | |

**ORDER**

Before the Court are Defendant Nationstar Mortgage, LLC's Motion to Dismiss [3] and Defendant Mortgage Electronic Registration Systems, Inc.'s and SunTrust Mortgage, Inc.'s Motion to Dismiss [6]. Plaintiff initiated this action in Fulton County Superior Court on August 2, 2013. Asserting diversity jurisdiction, Defendants removed the action to this Court on September 6, 2013 [1] and filed Motions to Dismiss Plaintiff's original Complaint on September 13, 2013 [3] and September 19, 2013 [6], respectively. Plaintiff then filed an Amended Complaint on October 7, 2013 [11], to which Defendants filed Motions to Dismiss Plaintiff's Amended Complaint [12, 13]. Defendants'

Motions to Dismiss Plaintiff's Amended Complaint [12, 13] are currently under consideration by this Court.  Because Defendants' first round of Motions to Dismiss [3 and 6] have been superceded by subsequent filings, Defendants' Motions to Dismiss Plaintiff's original Complaint [3 and 6] are **DENIED as MOOT**.

**SO ORDERED**, this   26th   day of February, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)