**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JONATHAN GILES | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:13-CV-02992-RWS |
| SUNTRUST MORTGAGE, INC., | : | |
| NATIONSTAR MORTGAGE, | : | |
| LLC, and MORTGAGE | : | |
| ELECTRONIC REGISTRATION | : | |
| SYSTEMS, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Before the Court are Defendant Nationstar Mortgage, LLC's Motion to Dismiss [3] and Defendant Mortgage Electronic Registration Systems, Inc.'s and SunTrust Mortgage, Inc.'s Motion to Dismiss [6]. Plaintiff initiated this action in Fulton County Superior Court on August 2, 2013. Asserting diversity jurisdiction, Defendants removed the action to this Court on September 6, 2013 [1] and filed Motions to Dismiss Plaintiff's original Complaint on September 13, 2013 [3] and September 19, 2013 [6], respectively. Plaintiff then filed an Amended Complaint on October 7, 2013 [11], to which Defendants filed Motions to Dismiss Plaintiff's Amended Complaint [12, 13]. Defendants'

Motions to Dismiss Plaintiff's Amended Complaint [12, 13] are currently under consideration by this Court. Because Defendants' first round of Motions to Dismiss [3 and 6] have been superceded by subsequent filings, Defendants' Motions to Dismiss Plaintiff's original Complaint [3 and 6] are **DENIED as MOOT**.

**SO ORDERED**, this _26th_ day of February, 2014.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE



AO 72A
(Rev.8/82)